# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 15, 2011

142097 & (56)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

QUICK COMMUNICATIONS, INC.,
       Petitioner-Appellant/
       Cross-Appellee,

v

MICHIGAN BELL TELEPHONE COMPANY,
d/b/a AT&T MICHIGAN,
       Respondent-Appellee/
       Cross-Appellant,

and

MICHIGAN PUBLIC SERVICE COMMISSION,
       Appellee.
_____/

SC: 142097
COA: 286679
MPSC: 00-015381
       00-015391

On order of the Court, the application for leave to appeal the October 7, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The application for leave to appeal as cross-appellant is therefore moot and is DENIED.

MARKMAN, J. (*concurring*).

In my judgment, Judge SAAD's dissent in the Court of Appeals correctly analyzed and resolved this case. However, because no party in this highly fact-intensive case sought reversal on this basis, I concur in the order denying leave to appeal.

YOUNG, C.J., and MARY BETH KELLY and ZAHRA, JJ., join the statement of MARKMAN, J.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 15, 2011

_____
Clerk

h0712